UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY HESTER | ] | |
|     Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:10-0513 |
| | ] | Judge Campbell |
| SYMCOR L. P. | ] | |
|     Defendant. | ] | |

## O R D E R

On June 1, 2010, an order (Docket Entry No. 3) was entered directing the plaintiff to inform the Court within fourteen (14) days as to whether he had previously filed a charge of discrimination with the Equal Employment Opportunity Commission.

The fourteen days has elapsed and the plaintiff has not yet complied with the Court's instructions. Accordingly, this action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

_____
Todd Campbell
United States District Judge